```
FILED
2005 MAY 20  P 12: 08
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
         DEPUTY
```

1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EDWINA LOUISE JACKSON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:05-cr-0031 REC
                                      )
12           Plaintiff,               )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE HEARING; AND PROPOSED
13      v.                            )   ORDER THEREON
                                      )
14 ERMA KENDRICK, and EDWINA LOUISE   )   Date: May 31, 2005
   JACKSON,                           )   Time: 9:00 a.m.
15                                    )   Judge: Hon. Robert E. Coyle
             Defendants.              )
16                                    )
                                      )
17 _____

18       IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

19 counsel of record, that the Status Conference Hearing, currently set for May 23, 2005, may be continued to

20 May 31, 2005 at 9:00 a.m.

21       The grounds for the continuance are plea negotiations.

22       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

23 justice, including, but not limited to, the need for the period of time set orth herein for effective defense

24 ///

25 ///

26 ///

27 ///

28 ///

1  preparation, pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED: May 19, 2005                McGREGOR W. SCOTT
                                      United States Attorney

               By /s/ Sheila K. Oberto
                  SHEILA K. OBERTO
                  Assistant U.S. Attorney
                  Attorney for Plaintiff

7  DATED: May 19, 2005                LAW OFFICE OF GREGORY H. MITTS

               By /s/ Gregory H. Mitts
                  GREGORY H. MITTS
                  Attorney for Defendant
                  ERMA KENDRICK

12 DATED: May 19, 2005                QUIN DENVIR
                                      Federal Defender

               By /s/ Melody M. Walcott
                  MELODY M. WALCOTT
                  Assistant Federal Defender
                  Attorney for Defendant

ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: May 19, 05

_____
The Hon. ROBERT E. COYLE
Sr. U.S. District Court Judge for the
Eastern District of California