```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  Melody M. Walcott, Bar #219930
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  EDWINA LOUISE JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0031 REC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO VACATE STATUS CONFERENCE HEARING; AND SET |
| v. | ) ) | CHANGE OF PLEA HEARING; AND PROPOSED ORDER THEREON |
| ERMA KENDRICK, and EDWINA LOUISE JACKSON, | ) ) ) | Date:  June 6, 2005 Time:  9:00 a.m. |
| Defendants. | ) ) ) | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing, currently set for May 31, 2005, is hereby vacated;

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that defendants Erma Kendrick and Edwina Louise Jackson wish to proceed with a Change of Plea hearing on **June 6, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation, pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: May 26, 2005  McGREGOR W. SCOTT
United States Attorney

By /s/ Sheila K. Oberto
SHEILA K. OBERTO
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: May 26, 2005  LAW OFFICE OF GREGORY HENDRICK MITTS

By /s/ Gregory Hendrick Mitts
GREGORY HENDRICK MITTS
Attorney for Defendant
ERMA KENDRICK

DATED: May 26, 2005  QUIN DENVIR
Federal Defender

By /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant

ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED:_____May 27, 2005_____

__/s/ OLIVER W. WANGER
The Hon. OLIVER W. WANGER
Sr. U.S. District Court Judge for the
Eastern District of California

Stipulation to Vacate S/C Hearing; Set Change of Plea Hrg    2